```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

          MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

STEPHEN TUCKER,                 )
                                )
     Plaintiff,                 )
                                )       CIVIL ACTION NO.
     v.                         )         2:15cv528-MHT
                                )              (WO)
LT. BLAKELY, et al.,            )
                                )
     Defendants.                )
```

                              OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit complaining about the alleged failure of correctional officers to protect him from sexual harassment and a physical altercation with another inmate, as well as general safety problems with the facility where he is housed.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to file a response as ordered.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of December, 2015.

                                       /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**